# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICKAIL THRASHER**                                                                 **PLAINTIFF**

**v.**                                        **No. 4:21-cv-877-JM**

**DASSAULT FALCON JET**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 13th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE